JS-6

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA PERRINO,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; and TOYOTA MOTOR CREDIT CORPORATION,<br><br>Defendants. | Case No.: 2:21-cv-01044-RGK-JPR<br><br>**[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC** |

Upon review of the Parties' Stipulation of Dismissal with Prejudice of Defendant Equifax Information Services, LLC, and good cause appearing,

**IT IS ORDERED** that the Stipulation is **GRANTED.**

The above-entitled matter is hereby dismissed with prejudice, as to Defendant Equifax Information Services, LLC,

**IT IS SO ORDERED.**

Dated: June 11, 2021

_____
Honorable R. Gary Klausner
United States District Judge

1